**DENTONS**

**Hailey Kaye**
Associate

hailey.kaye@dentons.com
D    +1 212-398-5822

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    2/10/2026

# MEMO ENDORSED

February 9, 2026

**VIA ECF**

The Honorable Valeria E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Lopez v. Drink Brez LLC,* Case No. 1:25-cv-08640-VEC

Dear Judge Caproni:

We represent Defendant Drink Brez LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days, from February 9, 2026, to March 26, 2026.

The parties have agreed on the principal terms to resolve this matter and the requested stay will permit the parties to finalize said agreement. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

By: */s/ Hailey Kaye*

Application GRANTED.  The the initial pretrial conference scheduled for Friday, February 20, 2026, and all other outstanding deadlines in this case are ADJOURNED *sine die*.

**As soon as the parties reach an agreement in principle to settle this case, but not later than Friday, March 27, 2026,** the parties must submit via ECF (i) a joint stipulation of dismissal, or, if settlement has not been reached, (ii) a joint letter, not to exceed three (3) pages, apprising the Court of the status of settlement negotiations and proposing next steps in this action.

SO ORDERED.

2/10/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE